# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WILKEN, CLAUDIA | USDC FOR THE NO DIST OF CALIF | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

1301 CLAY STREET
OAKLAND, CA 94612

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #3 |
| 2. | TRUSTEE | TRUST #5 |
| 3. | TRUSTEE | TRUST #6 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WILKEN, CLAUDIA** | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME <br> (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | SELF-EMPLOYED ATTORNEY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WILKEN, CLAUDIA** | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Bank accounts | A | Interest | K | T | | | | | |
| 2. Schwab Cash Deposit Account | | None | J | T | | | | | |
| 3. USAA Tax Exempt Inter-term Fd | A | Dividend | J | T | | | | | |
| 4. Schwab S&P 500 Index Fd | A | Dividend | K | T | | | | | |
| 5. Schwab Bank (cash account) | A | Interest | K | T | | | | | |
| 6. Schwab Value Advantage Money Market Fund | A | Dividend | L | T | | | | | |
| 7. Schwab S&P 500 Index Fd | C | Dividend | M | T | | | | | |
| 8. USAA Tax Exempt Inter-term Fd | D | Dividend | M | T | Buy (add'l) | 01/24/20 | J | | |
| 9. | | | | | Buy (add'l) | 09/10/20 | K | | |
| 10. Baird Core Plus Bd Inv | B | Dividend | K | T | | | | | |
| 11. Schwab Fund Intl Large Co Index | B | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 12. Schwab Fund Intl Small Co Index | A | Dividend | J | T | | | | | |
| 13. Dodge & Cox Income Fd | A | Dividend | J | T | | | | | |
| 14. Schwab US Small Cap ETF | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 15. Schwab Bank Savings Sweep | A | Int./Div. | K | T | | | | | |
| 16. Charles Schwab US REIT | A | Dividend | J | T | Sold (part) | 06/22/20 | J | | |
| 17. | | | | | Buy (add'l) | 08/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 19.  IShares Gold ETF | | None | J | T | Sold<br>(part) | 05/28/20 | J | A | |
| 20. | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 21. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 24.  Schwab Emerging Markets Equity ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 29.  Schwab Fundamental Emerg Mkts Lg Co<br>ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Schwab Fundamental Intl Lg Co ETF | B | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 36. | | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 37. | | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 38. | | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 39. | | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 40. | Schwab Fundamental Intl Sm Co ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 41. | | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 42. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 43. | | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 44. | | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 45. | Schwab Fundamental US Large Co ETF | B | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 46. | | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 47. | | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 48. | | | | | | Sold<br>(part) | 05/28/20 | J | | |
| 49. | | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 50. | | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 51. | | | | | | Buy<br>(add'l) | 09/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 53.  Schwab Fundamental US Small Co ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 56. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 58.  Schwab International Equity ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 60. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 63.  Schwab International Small Cap Eqty ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 66.  Schwab US Large Cap ETF | B | Dividend | L | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 70. | | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 71. | | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 72. | Schwab US Small Cap ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 73. | | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 74. | | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 75. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 76. | | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 77. | | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 78. | VanEck Vectors JP Morgan EM Loc Curr Bd ETF | A | Dividend | | | Sold | 06/22/20 | J | A | |
| 79. | Vanguard Global ex-US Real Est ETF | A | Dividend | J | T | | | | | |
| 80. | SPDR Blmbrg Brcly Emg Mkt LCL ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 81. | Xtrackers Inter Real Est ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/28/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 83. | | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 84. | Xtrackers USD High Yield Cor Bond ETF | A | Dividend | | | Buy<br>(add'l) | 01/28/20 | J | | |
| 85. | | | | | | Sold | 06/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   IShares CA Muni Bond ETF | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |
| 87. | | | | | Sold (part) | 03/12/20 | J | | |
| 88. | | | | | Sold (part) | 06/22/20 | J | A | |
| 89. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 90. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 91. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 92. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 93.   Schwab US TIPS ETF | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |
| 94. | | | | | Sold (part) | 05/28/20 | J | A | |
| 95. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 96. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 97. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 98. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 99. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 100.  Invesco FTSE RAFI Emerging Mkts ETF | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 101.  Invesco FTSE RAFI Developed Mkts | A | Dividend | J | T | Buy | 06/25/20 | J | | |
| 102.  Invesco FTSE RAFI US 1000 ETF | A | Dividend | J | T | Buy | 06/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Invesco FTSE RAFI US 1500 Small-mid ETF | A | Dividend | J | T | Buy | 06/25/20 | J | | |
| 104.  Vanguard FTSE Developed Mkts ETF | A | Dividend | J | T | Buy | 06/25/20 | J | | |
| 105.  IRA #1: Schwab Cash Deposit Account | A | Interest | J | T | | | | | |
| 106.  IRA #1: Schwab Bank (cash account) | A | Interest | J | T | | | | | |
| 107.  IRA #1: Baird Core Plus Bd Inv | A | Dividend | J | T | | | | | |
| 108.  IRA #1: BNY Mellon Small Cap Stock Index Fd | B | Dividend | K | T | | | | | |
| 109.  IRA #1: Invesco S&P Intl Dev Low Volatility ETF | B | Dividend | K | T | | | | | |
| 110.  IRA #1: Schwab S&P 500 Index Fd | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 111.  IRA #2: Schwab Bank (cash account) | A | Interest | J | T | | | | | |
| 112.  IRA #2: Dodge & Cox Income Fd | C | Dividend | M | T | | | | | |
| 113.  IRA #2: Vanguard 500 Index Fd | C | Dividend | N | T | | | | | |
| 114.  IRA #2: Ishares Russell 2000 | A | Dividend | K | T | | | | | |
| 115.  IRA #2: Baird Core Plus Bd Inv | C | Dividend | M | T | | | | | |
| 116.  IRA #2: Schwab US Aggregate Bond ETF | A | Dividend | J | T | | | | | |
| 117.  IRA #2: Ishares Core S&P ETF | C | Dividend | L | T | | | | | |
| 118.  IRA #2: SPDR S&P 500 ETF | C | Dividend | M | T | | | | | |
| 119.  IRA #2: SPDR S&P Dividend ETF | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILKEN, CLAUDIA | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA #2: Invesco S&P Intl Dev Low Volatility ETF | B | Dividend | L | T | | | | | |
| 121. IRA #2: Schwab Fund Intl Large Co Index | A | Dividend | J | T | | | | | |
| 122. SEP-IRA #1: Schwab Cash Deposit Account | A | Interest | J | T | | | | | |
| 123. SEP-IRA #1: Schwab Treasury Obligation MMF | A | Int./Div. | K | T | Buy | 03/23/20 | K | | |
| 124. SEP-IRA #1: Baird Core Plus Bd Inv | A | Dividend | J | T | | | | | |
| 125. SEP-IRA #1: Schwab S&P 500 Index Fd | A | Dividend | K | T | | | | | |
| 126. SEP-IRA #1: SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 127. SEP-IRA #1: Schwab US Aggregate Bond ETF | A | Dividend | K | T | | | | | |
| 128. SEP-IRA #1: Schwab Fund Intl Large Co Index | A | Dividend | J | T | | | | | |
| 129. Trust #3: Schwab 529 50% Equity Portfolio | | None | L | T | Buy (add'l) | 01/08/20 | J | | |
| 130. Trust #5: Schwab 529 50% Equity Portfolio | | None | K | T | Buy (add'l) | 01/08/20 | J | | |
| 131. Trust #6: Schwab 529 80% Equity Portfolio | | None | J | T | Buy (add'l) | 01/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WILKEN, CLAUDIA** | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts:

Omission of the following assets disclosed on previous report due to age-based exchange of Sec. 529 education funds, with no purchase or sale by filer:

Trust #3: Schwab 529 60% Equity Portfolio - 01/08/20
Trust #5: Schwab 529 60% Equity Portfolio - 12/07/20

New fund name is Schwab 50% Equity Portfolio (see items #129 & #130)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CLAUDIA WILKEN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544